No. 25-12451

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LORI GUY WILLS,

*Plaintiff-Appellee*

*vs.*

JEFFERSON DUNN, *et al.,*

*Defendants-Appellants.*

Appeal from the United District Court
for the Northern District of Alabama

**APPELLANTS THE FACILITY SUPERVISORS RESPONSE TO THE COURT'S JURISDICTIONAL QUESTION**

W. Allen Sheehan
C. Richard Hill, Jr.
W. Jackson Britton
Caitlin E. Cobb
**CAPELL & HOWARD, P.C.**
150 South Perry St
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

*Counsel for Appellants Facility Supervisors*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Appellants Gwendolyn Givens, Anthony Brooks, Gary Malone, William Ragsdale, Antoine Price, Carla Graham, and Angelia Gordy (collectively, the "Facility Supervisors") certify that the following persons and entities may have an interest in the outcome of this case:

1. Alabama Department of Corrections, *Interested Non-Party*

2. Alabama Division of Risk Management, *Interested Non-Party*

3. Ary, Tonya, *Former Defendant*

4. Axon, Hon. Annemarie Carney, *Presiding United States District Court Judge*

5. Bowman, Locke E., *Counsel for Plaintiff/Appellee*

6. Britton, William Jackson, *Counsel for Defendants/Appellants Gwendolyn Givens, Anthony Brooks, Gary Malone, Carla Graham, Angelia Gordy, William Ragsdale, and Antoine Price (collectively, the "Facility Officials")*

7. Brooks, Anthony, *Defendant/Appellant*

8. Brown, Ruth Zemel, *Counsel for Plaintiff/Appellee*

9. Butler Snow LLP, *Counsel for Defendants/Appellants the ADOC Officials*

10. Capell & Howard, P.C., *Counsel for Defendants/Appellants the Facility Officials*

11. Caver, Cynthia, *Former Defendant*

12. Chism, Daniel, *Counsel for Defendants/Appellants the ADOC Officials*

13. Cranford, William J. III, *Counsel for Defendants/Appellants the ADOC Officials*

14. Cobb, Caitlin Elizabeth, *Counsel for Defendants/Appellants the Facility Officials*

15. Cornelius, Hon. Staci G., *United States Magistrate Judge Previously Assigned to Case*

16. Culliver, Grantt, *Defendant/Appellant*

17. Dagney Johnson Law Group, LLC, *Counsel for Plaintiff/Appellee*

18. Daniels, Charles, *Former Defendant*

19. Dunn, Jefferson, *Defendant/Appellant*

20. Ellington, Edward, *Defendant/Appellant*

21. Estelle, Neketris, *Former Defendant*

22. Givens, Gwendolyn, *Defendant/Appellant*

23. Gordy, Angelia, *Defendant/Appellant*

24. Graham, Carla, *Defendant/Appellant*

25. Guy, Carol (deceased), *Former Plaintiff*

26. Hill, C. Richard Jr., *Counsel for Defendants/Appellants the Facility Officials*

27. Jones, Karla, *Defendant/Appellant*

28. Loevy & Loevy, *Counsel for Plaintiff/Appellee*

29. Lunsford, William R., *Counsel for Defendants/Appellants the ADOC Officials*

30. Malone, Gary, *Defendant/Appellant*

31. Maynard Nexsen PC, *Former Counsel for Defendants/Appellants the ADOC Officials*

32. Miller, Grayson Douglas, *Former Counsel for Defendants/Appellants the ADOC Officials*

33. Mujumdar, Anil A., *Counsel for Plaintiff/Appellee*

34. Mullins, Steven (deceased), *Plaintiff's Decedent*

35. Northcutt, Robert F., *Former Counsel for Defendants/Appellants the Facility Officials*

36. Office of Attorney General, State of Alabama, *Counsel for Non-Party Alabama Department of Corrections*

37. Pierce, Megan Colleen, *Counsel for Plaintiff/Appellee*

38. Price, Antoine, *Defendant/Appellant*

39. Putman, Ellie, *Former Counsel for Defendants/Appellants the ADOC*

*Officials*

40. Ragsdale, William, *Defendant/Appellant*

41. Rallins, Quinn, *Counsel for Plaintiff/Appellee*

42. Ray, Phillip Andrew, *Former Counsel for Defendants/Appellants the ADOC Officials*

43. Rogers, Stephen C., *Former Counsel for Defendants/Appellants the ADOC Officials*

44. Scott, LaTonya, *Former Defendant*

45. Sheehan, William Allen, *Counsel for Defendants/Appellants the Facility Officials*

46. Sibley, Steven Shawn, *Counsel for Non-Party Alabama Department of Corrections*

47. Steely, Kenneth S., *Counsel for Defendants/Appellants the ADOC Officials*

48. Tambling, Robert D., *Counsel for Non-Party Alabama Department of Corrections*

49. Vincent, Christy, *Former Defendant/Appellant*

50. Walter, James Northcutt Jr., *Former Counsel for Defendants/Appellants the Facility Officials*

51. Whatley, Mary Landon, *Former Counsel for Defendants/Appellants the*

*ADOC Officials*

    52.    White, Kevin, *Former Defendant*

    53.    Williams, Jeffery, *Former Defendant*

    54.    Wills, Lori Guy, *Plaintiff/Appellee*

    55.    Wilson, Perry, *Former Defendant*

This appeal involves governmental defendants, including current and former officials of the Alabama Department of Corrections, which operates as a governmental department of the State of Alabama. There are no parent companies, subsidiaries, or affiliate companies that have issued shares to the public.

# TABLE OF CONTENTS

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** ..................................................................1
**TABLE OF CONTENTS** ........................................................................ i
**TABLE OF CITATIONS** ....................................................................... ii
**ADOPTION OF RESPONSE** ...............................................................1
**RESPONSE**............................................................................................1
**CONCLUSION**......................................................................................2
**CERTIFICATES OF COMPLIANCE** ................................................4
**CERTIFICATE OF SERVICE** ............................................................5

# TABLE OF CITATIONS

**Cases**
*C.C. ex rel. Andrews v. Monroe Cnty. Bd. of Educ.*, 299 F. App'x 937 (11th Cir. 2008) ................................................................................................................2

## ADOPTION OF RESPONSE

Appellants Gwendolyn Givens, Anthony Brooks, Gary Malone, William Ragsdale, Antoine Price, Carla Graham, and Angelia Gordy (collectively, the "Facility Supervisors") adopt all sections and arguments of their co-appellants Jefferson Dunn, Grant Culliver, Edward Ellington, and Karla Jones (collectively, "ADOC Officials"), Response to the Court's Jurisdictional Question, issued August 19, 2025 (Doc. 23-2). Specifically, the Facility Supervisors adopt the ADOC Officials following sections and arguments: Introduction, Relevant Procedural History, Argument and accompanying sub-sections, and Conclusion.

## RESPONSE

All arguments and sections contained in the ADOC Officials' Response to the Court's Jurisdictional Question are applicable to the Facility Supervisors. Therefore, in the interest of efficiency, the Facility Supervisors adopt all sections, arguments, and reasoning set forth in the ADOC Officials' Response.

Both the Facility Supervisors and the ADOC Officials moved for summary judgment asserting the defenses of qualified immunity and Alabama state-agent immunity. The district court denied the Facility Supervisors qualified and state-agent immunity on the same basis that it denied the ADOC Officials' assertion of immunity. Specifically, the district court held that none of the defendants met their

1

initial burdens under either immunity analysis. *See* Doc. 407, pp. 7-8; *see also* Doc. 421 at pp. 10-11.[1]

As explained in the ADOC Officials Response (and adopted herein), whether the Facility Supervisors and the ADOC Officials met their initial burdens under the qualified and state-agent immunity analysis constitute questions of law over which this Court possesses interlocutory jurisdiction. *See C.C. ex rel. Andrews v. Monroe Cnty. Bd. of Educ.*, 299 F. App'x 937, 939 (11th Cir. 2008) (finding jurisdiction over interlocutory appeal of denial of qualified and state-agent immunity where lower court held defendants didn't meet initial burden under qualified immunity and acted outside of discretionary authority under state agent immunity analysis).

## **CONCLUSION**

For the foregoing reasons stated in the ADOC Officials' Response and adopted herein, this Court possesses jurisdiction over the Facility Supervisors' appeal.

Dated: September 2, 2025

                                            */s/   W. Jackson Britton*
                                            W. Jackson Britton
                                            W. Allen Sheehan
                                            C. Richard Hill, Jr.

---

[1] While the district court ultimately granted the Facility Supervisors summary judgment on Wills's first amendment retaliation claim against them on non-qualified immunity grounds, (*see* Docs. 407, 409), the district court entered judgment only a few minutes after the Facility Supervisors filed their Notice of Appeal (Doc. 408), thus likely depriving the district court of jurisdiction to grant summary judgment.

Caitlin E. Cobb
*Counsel for the Facility Supervisors*

# **CERTIFICATES OF COMPLIANCE**

1.  This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 373 words.

2.  This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared using Microsoft Word for Microsoft 365 in size 14 Times New Roman font.

Dated: September 2, 2025

*/s/ W. Jackson Britton*
W. Jackson Britton
W. Allen Sheehan
C. Richard Hill, Jr.
Caitlin E. Cobb
*Counsel for the Facility Supervisors*

## CERTIFICATE OF SERVICE

On this 2nd day of September, 2025, I electronically filed this Response with the Court via ECF, which will electronically notify all counsel of record.

*/s/ W. Jackson Britton*
W. Jackson Britton

*Counsel for Larry Baker*